IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| OSCAR GARCIA, ET AL., <br> *Plaintiffs,* | § § § | |
| v. | § § | NO. MO:21-CV-00198 |
| RG WELDING OILFIELD SERVICES, LLC, ET AL., <br> *Defendants.* | § § § | |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(2) and the Plaintiff's Motion to Dismiss (Doc. 23) February 23, 2023.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 24th day of February, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE